IN THE UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| **Frank Gori and James Rosenfield,**<br><br>　　　　　　　**Plaintiffs,**<br>**vs.**<br><br>**Brij Sharma,**<br>　　　　　　　**Defendant.** | **Case No: 2:25-cv-00746** |

### UNOPPOSED MOTION FOR SPECIAL ADMISSION

Caitlin A. Kovacs of Benesch, Friedlander, Coplan & Aronoff LLP moves for special admission to represent Plaintiffs Frank Gori and James Rosenfield in the above-captioned action as states as follows:

1.　I am neither a Florida resident nor a member in good standing of the Florida Bar.

2.　I am a member in good standing of the Illinois State Bar and the United States District Court for the Northern District of Illinois.

3.　I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida:

> Smartmatic USA Corp., Smartmatic International Holding B.V., and SGO Corporation Limited, v. Fox Corporation, Fox News Network LLC, Lou Dobbs, Maria Bartiromo, and Jeanine Pirro, Case No.: 2024-25 AF 01, in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

4.　I will comply with the federal rules and this Court's local rules.

1

5. I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

9. In accordance with Local Rule 3.01(g), I have conferred with the counsel for the Defendant and represent that counsel for the Defendant is not opposed to my special admission.

/s/ *Caitlin A. Kovacs*
CAITLIN A. KOVACS
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600 Chicago, IL 60606
Telephone: 312.212.4949
Email: ckovacs@beneschlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on August 25, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Roger B. Handberg*
ROGER B. HANDBERG
