UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FRANK GORI and JAMES ROSENFIELD,

    Plaintiffs,

v().    Case No: 2:25-cv-00746-JLB-KCD

BRIJ SHARMA,

    Defendant.
_____/

## **ORDER**

Plaintiffs Frank Gori and James Rosenfield sue Defendant Brij Sharma for violation of Florida's Unauthorized Publication Act, Florida's Common Law Misappropriation of Likeness, and Florida's Securities Investor Protection Act. (Doc. 2). Plaintiffs moved for a temporary restraining order and a preliminary injunction. (Doc. 10). The Court granted the temporary restraining order (Doc. 11) and held a status conference with the parties on September 15, 2025, on the motion for preliminary injunction. During the status conference, the parties indicated that they were close to agreement on the parameters of a preliminary injunction and would provide the Court with a joint proposed order on the matter by September 17, 2025. (*See* Doc. 30).

*–Rest of page intentionally left blank–*

Before the Court now is the parties' Joint Motion in Resolution of Plaintiffs' Amended Motion for a Preliminary Injunction. (Doc. 32). Upon careful review of the motion, the parties' briefing, and the entire record, the Court **GRANTS** the Joint Motion in Resolution.

"The grant or denial of a preliminary injunction is within the sound discretion of the district court[.]" *Palmer v. Braun*, 287 F.3d 1325, 1329 (11th Cir. 2002). Here, the parties have agreed to the Court's issuance of a preliminary injunction and provided the agreed-upon parameters of the preliminary injunction to the Court.

Accordingly, it is **ORDERED**:

1. The parties' Joint Motion in Resolution of Plaintiffs' Amended Motion for a Preliminary Injunction (Doc. 32) is **GRANTED**.

2. Defendant's Motion to Quash Subpoenas for Evidentiary Hearing (Doc. 26) is **DENIED as moot**.

3. Mr. Sharma agrees not to use, reference, or publish Mr. Gori's or Mr. Rosenfield's names or images in any information, whether a deck, marketing materials, prospectus, or otherwise, promoting, soliciting, or advertising, relating to NTV Innovation.

4. Mr. Sharma agrees not to make or publish any statement or representation suggesting that Mr. Gori or Mr. Rosenfield support, endorse, or are affiliated with NTV Innovation.

5. Mr. Gori and Mr. Rosenfield presently are listed as "Advisors" on the

website found at https://www.naplestechnologyventures.com/ (the "Website") under an "Advisors"-specific page (the "Advisors Page," found at https://www.naplestechnologyventures.com/our-advisors). Mr. Sharma believes that NTV Innovation may in the future be referenced on the Website. The Parties agree that the current Advisors Page and the continued inclusion of Mr. Gori's and Mr. Rosenfield's names and images on the Advisors Page does not violate this Stipulation and Order, so long as they consent to remain Advisors to the NTV funds in which they participate. If NTV Innovation is added to the Website in the future, the Website will make clear that Mr. Gori and Mr. Rosenfield are not affiliated with NTV Innovation.

6. Mr. Sharma, Mr. Gori, and Mr. Rosenfield are all currently referenced on various pages of the Website. As the Website currently appears today, it does not violate this Stipulation and Order.

7. Mr. Gori and Mr. Rosenfield agree that if a prospective investor to the Innovation Fund requests or is given access to a copy of the historical marketing information materials previously or currently used by the other NTV Management funds that reference or include the names or images of Mr. Gori and Mr. Rosenfield ("Pre-Existing Materials"), then the Innovation Fund must provide the prospective investor with a complete copy of Pre-Existing Materials without any alteration or deletions. If Mr. Sharma instead uses a portion of the Pre-Existing Materials that do not

3

reference or include the names or images of Mr. Gori and Mr. Rosenfield, this Stipulation and Order will not be violated.

**ORDERED** in Fort Myers, Florida, on September 18, 2025.

_____
JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE